Argued and submitted January 17, reversed and remanded for reconsideration February 7, 2001

In the Matter of the Compensation of
James M. Firestone, Jr., Claimant.

SAIF CORPORATION
and Howard Coome Trucking,
*Petitioners,*

*v.*

James M. FIRESTONE, Jr.,
*Respondent.*

(96-04016; CA A96775)

18 P3d 1106

Jerome P. Larkin argued the cause and filed the briefs for petitioners.

Richard D. Adams argued the cause for respondent. With him on the brief was Myrick, Seagraves, Adams & Davis.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Fred Meyer, Inc. v. Bundy*, 159 Or App 44, 978 P2d 385, *rev dismissed* 329 Or 503 (1999).